JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS ROCHE; AND STACY ROCHE,**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMERICAL RECOVERY SYSTEMS, INC.,**<br><br>Defendant. | **Case No.:** CV13-4140 JFW (MANx)<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Application for Entry of Default Judgment. Plaintiff submitted an application for entry of default against Defendant Commercial Recovery Systems, Inc. ("Defendant"), which was granted on September 25, 2013. [Docket No. 11]. After entry of a default, a court may grant a default judgment on the merits of the case. Fed. R. Civ. P. 55(b).

On October 31, 2013, Plaintiffs filed a motion for default judgment seeking $4,000.00 in statutory damages, $1,725.00 in attorney's fees and $485.00 in costs for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. and California's Rosenthal Act ("Rosenthal Act"), California Civil Code § 1788 *et seq*. Based on the declaration of Plaintiffs' counsel supporting the facts alleged in this matter, the full $2,000 in statutory damages to be awarded to each Plaintiff is reasonable.

PROOF OF SERVICE

Plaintiffs' counsel, Matthew M. Loker, seeks an hourly rate of $250.00, and given the Plaintiff's counsel's training, experience, and skill level, the Court concludes that the hourly rate charged is reasonable and consistent with the prevailing market rate in the area for lawyers of his skill level.

Further, the amount of time spend prosecuting this matter, 6.9 hours, is reasonable.

**IT IS ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is GRANTED and Plaintiffs are awarded full statutory damages of $2,000 each.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel is awarded attorney's fees in the amount of $1,725.00 and costs in the amount of $485.00.

**IT IS SO ORDERED.**


Dated: November 18, 2013

                                            Hon. John F. Walter
                                            U.S. District Judge

**PROOF OF SERVICE**